Argued December 19, affirmed December 19, 1972

# FLOYD WARE, JR., *Appellant, v.* SULLIVAN
## (No. 73935), *Respondent.*
### 503 P2d 1258

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.